**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01385-EWN-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

TAMMY LANE, MICHAEL GALASSO, and
CALVIN REED,

    Intervenor Plaintiffs,

vs.

OLDCASTLE SW GROUP, INC. d/b/a UNITED COMPANIES OF MESA COUNTY, a
Colorado corporation

    Defendant.

---

## ORDER

---

Having reviewed the Intervenor Plaintiffs' Motion to Intervene as of Right as Parties Plaintiff and the Complaint in Intervention and Jury Demand, as well as any response, the Court finds that the Intervenor Plaintiffs have a statutory right to intervene in this action and that their Motion to Intervene was timely made. Accordingly, the Court grants the motion and orders that the proposed Complaint in Intervention attached to the Motion to Intervene is deemed filed as of this date.

It is so **ORDERED** this 20th day of October, 2008.

                                    BY THE COURT:

                                    <u>s/ Edward W. Nottingham</u>
                                    Edward W. Nottingham
                                    Chief United States District Judge