IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01385-CMA-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

TAMMY LANE,
MICHAEL GALASSO, and
CALVIN REED,

Intervenor Plaintiffs,

v.

OLDCASTLE SW GROUP, INC., d/b/a UNITED COMPANIES OF MESA COUNTY, a Colorado corporation,

Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed this afternoon:

IT IS ORDERED that the parties shall prepare a revised scheduling order modified as discussed at the scheduling conference and submit it to the court on or before **November 20, 2008**.

Dated November 17, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge