IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01385-CMA-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

TAMMY LANE,
MICHAEL GALASSO, and
CALVIN REED,

Intervenor Plaintiffs,

v.

OLDCASTLE SW GROUP, INC., d/b/a UNITED COMPANIES OF MESA COUNTY, a Colorado corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Joint Motion for Protective Order** [docket no. 27, filed January 7, 2009] is GRANTED.


DATED: January 8, 2009