IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01385-CMA-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

TAMMY LANE,
MICHAEL GALASSO, and
CALVIN REED,

Intervenor Plaintiffs,

v.

OLDCASTLE SW GROUP, INC., d/b/a UNITED COMPANIES OF MESA COUNTY, a Colorado corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 32, filed February 2, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

    Expert Witness Disclosures:
         The parties shall designate all experts and provide opposing
         counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
         on or before **April 24, 2009**;

         The parties shall designate all rebuttal experts and provide
         opposing counsel with all information specified in Fed. R. Civ. P.
         26(a)(2) on or before **May 22, 2009**;

| | |
|---|---|
| Discovery Cut-off: | **July 15, 2009**; |
| Dispositive Motion Deadline: | **August 14, 2009**. |

    IT IS FURTHER ORDERED that the Pretrial Conference set for July 27, 2009, is **vacated and reset to October 14, 2009, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **October 7, 2009**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

    IT IS HEREBY ORDERED that the Settlement Conference set for February 19, 2009, is **vacated and reset to June 15, 2009, at 1:30 p.m.,** in Chambers A-442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

    IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. This requirement is not satisfied by the presence of counsel only.

    The Confidential Settlement Statements shall be submitted by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov., on or before **June 8, 2009**. **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.** Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

DATED: February 3, 2009