IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  08-cv-01385-CMA- BNB | Date: September 2, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| EEOC, | William Moench |
| Plaintiff(s), | |
| v. | |
| TAMMY LANE, | Brian Moore |
| MICHAEL GALASSO, and | |
| CALVIN REED, | |
| Intervenor Plaintiff(s), | |
| v. | |
| OLDCASTLE SW GROUP, INC., | Michael Santo |
| doing business as | |
| United Companies of Mesa County | |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     10:01 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   EEOC's motion for protective order [Doc. 57, filed 8/21/09] is granted as stated on the record.**

Court in Recess       10:36 a.m.     Hearing concluded.   Total time in Court:    00:35

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.