IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01385-CMA-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

TAMMY LANE,
MICHAEL GALASSO, and
CALVIN REED,

Intervenor Plaintiffs,

v.

OLDCASTLE SW GROUP, INC., d/b/a UNITED COMPANIES OF MESA COUNTY, a Colorado corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on the **EEOC's Motion for Protective Order** [Doc. # 57, filed 8/21/2009] (the "Motion for Protective Order"). I held a hearing this morning on the Motion for Protective Order and made rulings on the record, which are incorporated here.

The defendant has noticed the deposition of Stephanie Struble, an EEOC trial attorney although not assigned to work on this case. Prior to joining the legal staff of the EEOC, Ms. Struble was a lawyer in private practice and served as one of the lawyers for the intervenors in this action. The EEOC seeks an order precluding Ms. Struble's deposition. Consistent with my oral ruling on the record this morning:

IT IS ORDERED that the Motion for Protective Order is GRANTED, and the deposition

of Ms. Struble shall not be had.

Dated September 2, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge